# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WAYNE JOSEPH HAHN, JR.

NO. 2026 KW 0577

**JUNE 29, 2026**

---

In Re:   Wayne Joseph Hahn, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 4392-F-2025, 4397-M-2025.

---

**BEFORE:  McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

    **WRIT DENIED.** The smell of marijuana alone is sufficient probable cause to support the issuance of a search warrant. **State v. Jarquin,** 2025-00503 (La. 9/24/25), 418 So.3d 898 (*per curiam*).

**PMc**
**TPS**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT